## Ohl *v.* Bethlehem Township (No. 2).

Argued March 13, 1901. Appeal, No. 79, Jan. T., 1901, by plaintiff, from judgment of C. P. Northampton Co., Sept. T., 1898, No. 3, on verdict for defendant in case of Edward Ohl v. Bethlehem Township. Before McCollum, C. J., Mitchell, Fell, Mestrezat and Potter, JJ. Affirmed.

Per Curiam, May 27, 1901 :

In this case as in No. 78, January term, 1901, the court below directed the jury to return a verdict for the defendant. The conclusion arrived at in this case was precisely the same as in No. 78, and the specification of error was the same.

Judgment affirmed.